# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **5:25-cv-02030-DTB**  Date: **September 10, 2025**

Title:  **Darwin Boggs v. Alain Gerard Fournier dba Caffe Allegro, et al.**
================================================================

**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT(S):

None present                                                  None present

## PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE

On August 21, 2025, the Court issued its Order Declining Supplemental Jurisdiction. Plaintiff was ordered to file within 7 days either (1) a statement indicating he intends to proceed on his remaining cause of action under the ADA, or (2) a notice voluntarily dismissing this action to enable the hearing of all of his claims in state court.

Plaintiff was expressly warned that failure to timely file either a statement indicating he intends to proceed on the ADA cause of action or a notice of voluntary dismissal would result in this action being dismissed for failure to prosecute and comply with Court orders. See Fed. R. Civ. P. 41(b).

As of this date, Plaintiff has failed to file either a notice of intent to proceed or a voluntary dismissal of this action.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**